WMP/JMK
F. #2013R00505

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                                                   14 CV 5271 (ILG)

   - against -

ROBERT BANDFIELD,
ANDREW GODFREY, and
IPC CORPORATE SERVICES LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the accompanying Government's Memorandum of Law in Support of Application To Intervene and To Stay Civil Proceedings, the United States will move this Court on a date and time to be designated by the Court, before the Honorable I. Leo Glasser, at the United States Federal Courthouse, 225 Cadman Plaza, Brooklyn, New York 11201, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for intervention for

the purpose of seeking a stay of civil proceedings and for such other relief as the Court deems appropriate.

Dated:  Brooklyn, New York
        December 12, 2014

                                           Respectfully submitted,

                                           LORETTA E. LYNCH
                                           United States Attorney
                                           Eastern District of New York


                                           _____/s/_____
                                           Winston M. Paes
                                           Jacquelyn M. Kasulis
                                           Assistant U.S. Attorneys
                                           (718) 254-6023 (Paes)


Cc:    Clerk of the Court (ILG)
       All Counsel (By ECF)