UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>      -against-<br><br>ROBERT BANDFIELD,<br>ANDREW GODFREY, and<br>IPC CORPORATE SERVICES LLC,<br><br>                            Defendants. | No. 14-cv-5271(ILG)(RER) |

**NOTICE OF PLAINTIFF'S MOTION FOR A
DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

      PLEASE TAKE NOTICE that upon the accompanying Plaintiff's Memorandum of Law in Support of its Motion for a Default Judgment Against all Defendants, and the Declaration of Haimavathi V. Marlier in Support of Plaintiff's Motion for a Default Judgment Against all Defendants, and all accompanying exhibits thereto, Plaintiff will move this Court, before the Honorable Judge I. Leo Glasser, at the Brooklyn Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at such time as the Court may direct, for a default judgment against Defendants Robert Bandfield ("Bandfield"), Andrew Godfrey ("Godfrey"), and IPC Corporate Services, LLC (collectively "Defendants") permanently (1) enjoining Defendants from violating Section 13 of the Securities Exchange Act of 1934 and Rule 13d-1 thereunder and (2) barring Bandfield and Godfrey from participating in any offering of a penny stock.

Dated: March 29, 2017
       New York, New York

|  |  |
|---|---|
| By: | /s/ Haimavathi V. Marlier |

Haimavathi V. Marlier
Preethi Krishnamurthy
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-1055 (Marlier)
marlierh@sec.gov

*Attorneys for Plaintiff*

2