UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : |
| -against- | : : No. 14-cv-5271(ILG)(RER) |
| ROBERT BANDFIELD, ANDREW GODFREY, and IPC CORPORATE SERVICES LLC, | : : : : |
| Defendants. | : : |

### DECLARATION OF HAIMAVATHI V. MARLIER IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

I, Haimavathi V. Marlier, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Trial Counsel with the Division of Enforcement of Plaintiff United States Securities and Exchange Commission (the "Commission") and counsel of record in this case. I am admitted to the State Bar of New York and to this Court. I make this declaration in support of the Commission's motion for a default judgment against Robert Bandfield, Andrew Godfrey, and IPC Corporate Services, LLC (collectively "Defendants").

2. To date, Defendants have failed to appear, answer or otherwise defend themselves in this action.

3. Attached to this declaration are the following exhibits listed in the table below, each of which is a true and correct copy of the document described:

| Exhibit No. | Description |
| --- | --- |
| 1 | Docket No. 1, Complaint, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 9/9/2014) |
| 2 | Docket Report, *United States v. Robert Bandfield et al.*, 14-cr-00476(ILG) |
| 3 | Docket Report, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) |
| 4 | Docket No. 5, Process Receipt and Return, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 9/15/2014) |
| 5 | Docket No. 12, Status Report, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 1/5/2016) |
| 6 | Docket No. 14, Affidavit of Proof of Service Outside the United States, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 8/12/2016) |
| 7 | Docket No. 14-1, Affidavit of Service of Summons in a Civil Action, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 8/12/2016) |
| 8 | Docket No. 119, Criminal Cause for Pleading, *United States v. Robert Bandfield et al.*, 14-cr-00476(ILG) (filed 5/24/2016) |
| 9 | Docket No. 206, Final Order of Forfeiture, *United States v. Robert Bandfield et al.*, 14-cr-00476(ILG) (filed 3/24/2017) |
| 10 | Docket No. 197, Judgment in a Criminal Case, *United States v. Robert Bandfield et al.*, 14-cr-00476(ILG) (filed 2/10/2017) |
| 11 | Docket No. 23, Certificate of Default, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 3/28/2017) |
| 12 | Compilation of UPS Delivery Notifications signed by "Andrew Godfrey" |
| 13 | Docket No. 11, Status Report, *SEC v. Bandfield et al.*, 14-cv-5271(ILG)(RER) (filed 10/1/2015) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
       March 29, 2017

                                           /s/ Haimavathi V. Marlier
                                           Haimavathi V. Marlier